


Alan M. Anzarouth
Attorney at Law
3111 Camino Del Rio North, Suite 1325
San Diego, CA 92108
    Tel. (619) 398-9390
    CA State Bar No. 84888

Attorney for Petitioner

FILED
08 FEB 28 PM 2:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:   CP   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Stanislav Vladimirovich Agapov )
    DHS File No. A78 540 192 )
    Plaintiff, )
vs. )
Paul Pierre, District Director, )
    U.S. Citizenship and Immigration Services, )
Michael Chertoff, U.S. Secretary of Homeland Security )
    and )
Michael Mukasey, U.S. Attorney General, )
    Defendants. )

Civil No. 08 CV 0379 J WMc

**COMPLAINT FOR RELIEF IN THE NATURE OF MANDAMUS**

Plaintiff, by his attorney, complaining of Defendants alleges as follows:

1. Plaintiff Stanislav Vladimirovich Agapov is a native of the former USSR and a citizen of Russia, and has been a lawful permanent resident of the United States since March 19, 2002. Plaintiff resides within the jurisdiction of this Court.

2. The Defendant Paul Pierre is the Director of the U.S. Citizenship and Immigration Services (CIS), a subsidiary agency of the U.S. Department of Homeland Security (DHS), in San Diego, California. This Defendant is sued herein in his official capacity. He is responsible for the processing of applications for naturalization for applicants who reside within San Diego County, State of California, under 8 USC 1421, 1443, 1446, et. seq., and 8 CFR 310, et. seq.

3. Michael Mukasey is the U.S. Attorney General, an agency of the United States Government, in Washington, D.C. This Defendant is sued herein in his official capacity. He is

responsible for the processing of security clearance checks conducted by the Federal Bureau of Investigation (FBI), which the CIS maintains must be completed before it can approve any application for naturalization, under 8 USC 1421, 1443, 1446, et. seq., and 8 CFR 310, et. seq.

4. Michael Chertoff is the Secretary of Homeland Security, an agency of the U.S. Government, in Washington, D.C. This Defendant is sued herein in his official capacity. He is responsible for overseeing the operations of the CIS, pursuant to 8 USC 1421, 1443, 1446, et. seq., and 8 CFR 310, et. seq.

5. The Court has jurisdiction of this action pursuant to 28 USC 1331, 28 USC 1361, 28 USC 1651, 5 USC 701, et. seq., and 28 USC 2201, et. seq..

6. On June 15, 2007, Mr. Agapov filed with the CIS California Service Center an application for naturalization. The CIS assigned to him application no. WSC*001869715 to his naturalization case.

7. On August 8, 2007, Mr. Agapov provided his biometric fingerprints to the CIS at a scheduled appointment. Counsel believes that the FBI fingerprint results show that on December 7, 2004, the Plaintiff was convicted of driving under the influence of alcohol in the Superior Court of San Diego, at San Diego, California. Plaintiff has complied with all court orders regarding the conviction. He is no longer on probation for that crime. Counsel is advised that Plaintiff has not bee arrested or convicted of any other crime anywhere in the world during the five years prior to the application filing to the present.

8. Although nearly nine months have passed since Plaintiff filed his naturalization application with the government, the CIS has failed to schedule him for an examination on that application. Counsel has been advised by the CIS that Plaintiff will not be scheduled for a naturalization examination until *after* the FBI completes the referenced background check.

9. Defendant Pierre has been unable or unwilling to schedule Plaintiff's referenced naturalization examination. Further, his office has failed to meaningfully disclose (1) whether the name checks have been completed; (2) the reason or reasons why such name checks have not yet been completed; (3) when such name checks will be completed; or (4) the results of the name checks, if they have been completed. Further, the Defendants are taking no action on Plaintiff's application even though similar cases have been completed far more expeditiously.

10. Plaintiff has exhausted all available administrative remedies.

11. The Defendants' refusal to act in this case is, as a matter of law, arbitrary, and not in accordance with the law.

12. Plaintiff has been greatly damaged by the failure of the each Defendant to act in accord with his respective duties under the law.

13. The Defendants, in violation of the Administrative Procedures Act, 5 USC 701, <u>et seq.</u>, have unlawfully withheld or unreasonably delayed action with Plaintiff's application and have failed to carry out the adjudicative and administrative functions delegated to them by law and regulation with regard to Plaintiff's case.

WHEREFORE, Plaintiff prays that this Honorable Court:

A. Order the Defendants to have their agents process this case to a conclusion;

B. Order that the Defendants pay reasonable attorney fees; and

C. Order other and further relief as it may deem proper under the circumstances.

DATED: February 27, 2008

ALAN M. ANZAROUTH
Attorney for Plaintiff

3

```
           UNITED STATES
           DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

          # 148183      - SH

          February 28, 2008
              14:15:05


          Civ Fil Non-Pris
    USAO #.: 08CV0379
    Judge..: NAPOLEON A JONES, JR
    Amount.:              $350.00 CA



    Total-> $350.00


    FROM: AGAPOV V. PIERRE ET AL
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Stanislav Vladimirovich Agapov

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Alan M. Anzarouth, 3111 Camino del Rio N., Suite 1325
San Diego, CA 92108

## DEFENDANTS
Paul Pierre, District Director, U.S. Citizenship and Immigration Services, Michael Chertoff, U.S. Secretary of Homeland Security,

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

FILED 08 FEB 28 PM 2:14 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

**'08 CV 0379 JLS WMc**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S. Code Sections 1421, 1443, 1446

Brief description of cause:
CIS has failed to schedule and conduct Plaintiff's naturalization exam more than 8 months after application filing

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 02/28/2008
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 148183  AMOUNT $350  APPLYING IFP  JUDGE  MAG. JUDGE

881 2/28/08

CC