Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
FEB 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Stanislav Vladimirovich Agapov
  DHS File No. A78 540 192
  Plaintiff
      vs
Paul Pierre, District Director, U.S.
   Citizenship and Immigration
   Services,
Michael Chertoff, U.S. Secretary of
   Homeland Security, and
Michael Mukasey, U.S. Attorney
   General,
Defendants

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0379 J WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan M. Anzarouth
3111 Camino del Rio N., Suite 1325
San Diego, CA 92108
619-398-9390

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    2/28/08
       CLERK                                 DATE

By C. PUTMAN Deputy Clerk

Summons in a Civil Action                                    Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)