KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
California State Bar No. 232868
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7157
Facsimile: (619) 557-5004

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANISLAV VLADIMIROVICH AGAPOV,<br><br>            Plaintiff,<br>    v.<br><br>PAUL M. PIERRE, District Director, San Diego U.S. Citizenship and Immigration Services Field Office, et al.,<br><br>            Defendants. | Case No. 08cv0379 H (WMc)<br><br>Date:  June 9, 2008<br>Time:  10:30am<br>Crtrm: 13<br>The Honorable Marilyn L. Huff<br><br>NOTICE OF MOTION AND<br>MOTION TO DISMISS<br>**[Defendants Do Not Request Oral Argument]** |

TO:    PLAINTIFF STANISLAV VLADIMIROVICH AGAPOV and HIS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that on June 9, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Marilyn L. Huff, Defendants Michael Chertoff, et al., through their attorneys of record, Karen P. Hewitt, United States Attorney and Raven M. Norris, Assistant U.S. Attorney, will bring arguments on their Motion to Dismiss pursuant to Rule 12(b)(1) and 12(b)(6), Federal Rule of Civil Procedure. The motion is based upon the files and records of this case and the attached memorandum of points and authorities.

Dated: May 5, 2008                                        Respectfully submitted,

                                                                         KAREN P. HEWITT
                                                                         United States Attorney

                                                                         s/ Raven M. Norris
                                                                         RAVEN M. NORRIS
                                                                         Assistant U.S. Attorney
                                                                         Attorneys for Defendants
                                                                         Email: Raven.Norris@usdoj.gov