|   |   |   |
|---|---|---|
| 1 |  |  |
| 2 | UNITED STATES DISTRICT COURT |  |
| 3 | SOUTHERN DISTRICT OF CALIFORNIA |  |

STANISLAV VLADIMIROVICH AGAPOV,  )   Case No. 08cv0379 H (WMc)
          )
                    Plaintiff,  )   CERTIFICATE OF SERVICE
          v.  )
          )
PAUL M. PIERRE, District Director, San ) 
Diego U.S. Citizenship and Immigration )
Services Field Office, et al.,  )
          )
                    Defendants.  )
_____)

IT IS HEREBY CERTIFIED THAT:

   I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of the Notice of Motion and Motion to Dismiss on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   **Alan M. Anzarouth, Esq.**

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

   None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on May 5, 2008

                    s/ Raven M. Norris
                    RAVEN M. NORRIS