**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANISLAV VLADIMIROVICH AGAPOV,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PAUL M. PIERRE, District Director, San Diego U.S. Citizenship and Immigration Services Field Office, et al.,<br><br>　　　　　　Defendant. | CASE NO. 08-CV-379 H (WMC)<br><br>**ORDER SUBMITTING DEFENDANTS' MOTION TO DISMISS** |

On February 28, 2008, Plaintiff filed a complaint for mandamus relief against defendants Paul Pierre, District Director, U.S. Citizenship and Immigration Services; Michael Chertoff, U.S. Secretary of Homeland Security; and Michael Mukasey, U.S. Attorney General. (Doc. No. 1.) On May 5, 2008, Defendants filed a motion to dismiss Plaintiff's complaint. (Doc. No. 4.) Plaintiff has not filed a response in opposition.

The Court exercises its discretion pursuant to Civil Local Rule 7.1(d)(1) to decide this matter without oral argument, and therefore submits Defendants' motion to dismiss. If Plaintiff wishes to file a response in opposition, Plaintiff shall do so by June 18, 2008.

IT IS SO ORDERED.

DATED: June 4, 2008

　　　　　　　　　　　　　　　　　　*Marilyn L. Huff*
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT